**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| CALVIN UNDERWOOD,<br><br>        Plaintiff,<br><br>  v.<br><br>ALDI (INDIANA) L.P.,<br><br>        Defendant. | Case No.   1:19-CV-85<br><br>REMOVED FROM THE MARION SUPERIOR COURT, MARION COUNTY, INDIANA, CASE NO. 49D14-1812-PL-049217 |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant ALDI (INDIANA) L.P. ("ALDI" or "Defendant"), by its attorneys and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby removes the above-entitled action, which is pending as Case No. 49D14-1812-PL-049217 in the Marion Superior Court for Marion County, Indiana.  In support of its Notice of Removal, Defendant states as follows:

**Nature of the Action**

1.    On December 14, 2018, Plaintiff Calvin Underwood filed a civil action against Defendant by filing a Complaint and Demand for Jury Trial in the Marion Superior Court for Marion County, Indiana, titled *Calvin Underwood v. Aldi (Indiana) L.P.*, Case No. 49D14-1812-PL-049217 (the "Lawsuit").

2.    The Lawsuit asserts claims pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*. ("ADA"), and the Indiana common law doctrine of retaliatory discharge in violation of public policy.

3.    Defendant was served with the Summons and Complaint on December 20, 2018. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint and all other

pleadings, orders, and/or other papers or exhibits of every kind, now on file with the Marion Superior Court for Marion County, Indiana are attached hereto as Composite Exhibit A.

## Basis for Removal

4. Pursuant to 28 U.S.C. §§ 1331 and 1441(a), this Court has original jurisdiction over this action because Plaintiff's ADA claims arises under the Constitution, laws, or treaties of the United States. Any civil case filed in a state court may be removed by a defendant to federal court if the case could have been brought originally in federal court. 28 U.S. C. § 1441(a).

5. This Court also has supplemental jurisdiction over Plaintiff's common law claim arising under the laws of the State of Indiana because that claim is related to and forms part of the same case or controversy as Plaintiff's ADA claims, which are within the Court's original jurisdiction. 28 U.S. C. § 1367(a).

6. Because this action is pending in the Marion Superior Court for Marion County, Indiana, venue for purposes of removal is proper in this Court pursuant to 28 U.S. C. § 1441(a).

## Timeliness of Removal

7. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) as it is being filed and served within thirty (30) days after Defendant's receipt of a copy of the lawsuit via service on December 20, 2018. *See* Exhibit B.

## Notice of Removal Provided to State Court

8. Promptly upon the filing of this Notice of Removal, Defendant shall file a Notice of Filing of Notice of Removal, with a copy of the Notice of Removal, with the Marion Superior Court for Marion County, Indiana, and will serve a copy thereof on Plaintiff through his counsel, pursuant to 28 U.S.C. § 1446(d). A copy of this Notice is attached hereto at Exhibit C.

## Conclusion

3

9. Removal is proper because this action falls within this Court's original federal question jurisdiction and removal is timely being made to the Southern District of Indiana, which embraces the place where this action is pending. Defendant, having met all procedural requisites for removal and having paid the appropriate filing fee, respectfully requests that the Court take jurisdiction over this matter and conduct all further proceedings.

Respectfully submitted,

ALDI (INDIANA) L.P.

By: *s/ Kara Goodwin*
Kara Goodwin, No. 6299888
Mona Lawton (ARDC No. 6276611)
SEYFARTH SHAW LLP
233 S. Wacker, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
kgoodwin@seyfarth.com
mlawton@seyfarth.com
*Pro hac vice application forthcoming*

Attorneys for Defendant ALDI (INDIANA) L.P.

Date: January 9, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2019, I electronically filed DEFENDANT'S NOTICE OF REMOVAL using the Court's CM/ECF system, and sent notification of such filing via U.S. Mail to the following:

>Michael L. Schultz
>James A. L. Buddenbaum
>Parr Richey Frandsen Patterson Kruse LLP
>251 N. Illinois Street, Suite 1800
>Indianapolis, IN 46204
>mschultz@parrlaw.com
>jbuddenbaum@parrlaw.com

*s/ Kara Goodwin*
Attorney for Defendant
