# Exhibit A
# State Court Record

# Docket

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Calvin Underwood v. Aldi (Indiana) L.P.

| Case Number | 49D14-1812-PL-049217 |
|---|---|
| Court | Marion Superior Court, Civil Division 14 |
| Type | PL - Civil Plenary |
| Filed | 12/14/2018 |
| Status | 12/14/2018 , Pending  (active) |

## Parties to the Case

**Defendant**  Aldi (Indiana) L.P.
  Address         c/o CT Corporation System, Registered Agent
                  150 West Market Street, Suite 800
                  Indianapolis, IN 46204

**Plaintiff**  Underwood, Calvin
  Attorney        Michael Lee Schultz
                  *#2036149, Lead, Retained*

                  251 N. Illinois St. Suite 1800
                  Indianapolis, IN 46204
                  317-269-2500(W)

  Attorney        James Aiston Land Buddenbaum
                  *#1451149, Retained*

                  251 N. Illinois Street
                  Suite 1800
                  Indianapolis, IN 46204
                  317-269-2500(W)

## Chronological Case Summary

| 12/14/2018 | **Case Opened as a New Filing** | |
|---|---|---|

| 12/14/2018 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Michael L. Schultz and James A. L. Buddenbaum | |
| | For Party: | Underwood, Calvin |
| | File Stamp: | 12/14/2018 |

| 12/14/2018 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint and Demand for Jury Trial | |
| | Filed By: | Underwood, Calvin |
| | File Stamp: | 12/14/2018 |

| 12/14/2018 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Defendant, Aldi (Indiana) L.P. | |
| | Filed By: | Underwood, Calvin |
| | File Stamp: | 12/14/2018 |

| 12/18/2018 | **Certificate of Issuance of Summons** |
|---|---|
| | Certificate of Issuance of Summons for Defendant, Aldi (Indiana) L.P. |
| | Filed By:        Underwood, Calvin |
| | File Stamp:    12/18/2018 |

| 01/07/2019 | **Service Returned Served (E-Filing)** |
|---|---|
| | Underwood, Calvin, Affidavit of Service of Process for Aldi.pdf |
| | Underwood, Calvin, Exhibit A to Affidavit of Service of Process for Aldi.pdf |
| | Affidavit of Service of Process for Aldi (Indiana) L.P. |
| | Filed By:        Underwood, Calvin |
| | File Stamp:    01/07/2019 |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Underwood, Calvin**
Plaintiff

Balance Due (as of 01/08/2019)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 12/14/2018 | Transaction Assessment | 157.00 |
| 12/14/2018 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Appearance

**49D14-1812-PL-049217**

Marion Superior Court, Civil Division 14

Filed: 12/14/2018 10:55 AM
Clerk
Marion County, Indiana

STATE OF INDIANA        )
                        )  SS:
COUNTY OF MARION        )

IN THE MARION CIRCUIT/SUPERIOR COURT

CAUSE NO. _____

CALVIN UNDERWOOD,                    )
                                     )
            Plaintiff,               )
                                     )
     v.                              )
                                     )
ALDI (INDIANA) L.P.,                 )
                                     )
            **Defendant.**           )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

### Party Classification:  Initiating

1.   The undersigned attorney and all attorneys listed on this form now appear in this case for the following party:

Plaintiff, Calvin Underwood

2.   Applicable attorney information for service as required by Ind.Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and T.R. 77(B):

Michael L. Schultz, 20361-49
James A. L. Buddenbaum, 14511-49
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 North Illinois Street, Suite 1800
Indianapolis, IN 46204-4216
Telephone:   (317) 269-2500
Facsimile:   (317) 269-2514
Email:       mschultz@parrlaw.com
             jbuddenbaum@parrlaw.com

3.   Service by fax **will not** be accepted.

4.   There are no related cases pending, nor have there been within the last twelve months.

5.   This is a **PL** case type under Administrative Rule 8(B)(3).

6.   This appearance has been served on all parties and/or counsel.

Respectfully submitted,


By     /s/ Michael L. Schultz

Michael L. Schultz, 20361-49
James A. L. Buddenbaum, 14511-49
PARR RICHEY FRANDSEN PATTERSON
  KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204-4216
Telephone:    (317) 269-2500
Facsimile:    (317) 269-2514
Email:    mschultz@parrlaw.com
        jbuddenbaum@parrlaw.com

1326761

# Complaint and Demand For Jury Trial

| STATE OF INDIANA | ) | |
|---|---|---|
| | ) SS: | IN THE MARION CIRCUIT/SUPERIOR COURT |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

|  |  |
|---|---|
| CALVIN UNDERWOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALDI (INDIANA) L.P., | ) |
| | ) |
| Defendant. | ) |

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

Comes now Plaintiff, Calvin Underwood, and for his Complaint against Defendant, Aldi (Indiana) L.P., alleges as follows:

### **Nature of the Case**

1.     This is an action at law and equity for damages by Plaintiff, Calvin Underwood (hereinafter "Underwood" or "Plaintiff"), against Defendant, Aldi (Indiana) L.P. (hereinafter "Aldi" or "Defendant") for injury to his person, income, and property caused by the wrongful acts of Defendant.

2.     Plaintiff brings this action pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12101, *et seq.*, 104 Stat. 327 (1990) (Pub. L. 101-336), as amended by the ADA Amendments Act of 2008 (Pub. L. 110-325), and also pursuant to the Indiana common law doctrine of retaliatory discharge in violation of public policy. Plaintiff reserves the right to assert other and/or different legal theories as may be appropriate following a reasonable opportunity to conduct discovery in this matter.

3. Because Defendant's actions against Underwood were taken with actual malice and/or reckless indifference to Underwood's federally protected rights, Defendant is subject to an award of punitive damages pursuant to 42 U.S.C. §1981a(b)(1).

## Jurisdiction

4. At all relevant times Plaintiff performed work for Defendant in various locations in central Indiana, including in Marion County, and Defendant routinely conducted business in Marion County, Indiana. All the events giving rise to this cause of action occurred within or related to the employment relationship between Plaintiff and Defendant.

## Parties

5. Plaintiff, Calvin Underwood, was at all times relevant to this suit a citizen of the State of Indiana.

6. Defendant, Aldi (Indiana) L.P., conducts business in the State of Indiana, including Marion County, and at all relevant times maintained its offices at 486 E. Stop 18 Road, Greenwood, Indiana 46142. Defendant is a for-profit Domestic Limited Partnership in the State of Indiana, and its corporate address is listed with the Indiana Secretary of State's office as 486 E. Stop 18 Road, Greenwood, Indiana 46142. Defendant's registered agent for service of process in Indiana is CT Corporation System, 150 West Market Street, Suite 800, Indianapolis, IN 46204. Aldi (Indiana) LLC, a foreign limited liability company with headquarters in Illinois, is the General Partner in Aldi (Indiana) L.P. Aldi is part of Aldi Inc., a leading global discount supermarket chain with over thousands of stores around the world, including more than 1,600 US stores in 35 states.[1]

---

[1] *See* https://corporate.aldi.us/en/aldi-history/ (last accessed 12/14/18)

## Factual Allegations

7.      At all times relevant to this Complaint, Plaintiff was an "employee" of Aldi within the meaning of the ADA.

8.      At all times relevant to this Complaint, Aldi was an "employer" within the meaning of the ADA.

9.      At all times relevant to this Complaint, Underwood's work performance met or exceeded Defendant's legitimate expectations.

10.     Aldi terminated Underwood's employment.

11.     Prior to terminating his employment, Aldi temporarily accommodated Underwood's disability, which arose because of an injury he suffered in the scope and course of his employment.

12.     After temporarily accommodating Underwood's disability, Aldi changed its position and refused to even consider or to talk to Underwood regarding his request for a continuing reasonable accommodation for his disability.

13.     At the time it terminated Plaintiff, Aldi had a history, and/or a policy, of refusing to engage in the interactive process with, and refusing to accommodate, employees who had any work restrictions or limitations.

14.     Plaintiff was, in fact, denied an accommodation for his disability or perceived disability.

15.     Plaintiff timely filed a Charge of Discrimination against Aldi with the U.S. Equal Employment Opportunity Commission ("EEOC").  The Charge generally included allegations of discrimination and retaliation in violation of the ADA.

16.     Underwood has received a Notice of Right to Sue from the EEOC.  This Complaint is timely filed.

17.     As a direct and proximate result of Aldi's unlawful, malicious, willful, retaliatory and discriminatory actions, Underwood has suffered lost wages, salary, employment benefits, related financial losses, physical pain and suffering, and emotional distress.

## Count I:  Discrimination in Violation of ADA

18.     The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

19.     At all times relevant Underwood was a qualified individual with a disability within the meaning of the ADA; Aldi regarded Underwood as disabled; and, Underwood had a record of having an impairment that substantially limited one or more of his major life activities, of which Aldi was aware.

20.     Aldi failed and refused to engage in the interactive process with Underwood, failed to make or even consider reasonable accommodations for him, and ultimately terminated his employment because of his disability, his record of disability, and/or his perceived disability.

21.     Underwood was at all relevant times capable of performing the essential functions of his position with Aldi with or without accommodation.

22.     As a result of Aldi's wrongful, intentional, willful and wanton actions and omissions described herein, Underwood has suffered loss of income and benefits, severe emotional distress, and other significant injury to both his property and his person.

## Count II:  Retaliation in Violation of ADA

23.     The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

24.     Plaintiff engaged in conduct protected by the anti-retaliation provisions of the ADA codified at 42 U.S.C. §12203.

25.     Defendant retaliated against Plaintiff for having engaged in protected conduct, including, without limitation, for his having sought accommodation for his known disabilities or for otherwise having exercised his rights under the ADA.

26.     As a result of Aldi's wrongful, intentional, willful and wanton actions and omissions described herein, Underwood has suffered loss of income and benefits, significant emotional distress, and other significant injury to both his property and his person.

### Count III:  Retaliatory Discharge in Violation of Public Policy ("Frampton Claim")

27.     The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

28.     Plaintiff suffered an injury that was work-related, and he reported that injury and sought compensation for that injury from his employer.

29.     Aldi retaliated against Plaintiff because of his exercise of his statutorily-conferred personal right to seek compensation for a work-related injury, and/or to prevent him from making such a claim.

30.     As a direct and proximate result of Aldi's retaliatory and discriminatory actions, Plaintiff has suffered loss of income and benefits, significant emotional distress, and other significant injury to both his property and his person.

### Relief Requested

WHEREFORE, Plaintiff, by counsel, respectfully requests the following relief:

A.     Special damages, including, but not limited to, wages, salary, employment benefits, and other compensation denied or lost due to Defendant's above-described actions;

B.      Interest on the amount awarded as special damages calculated at the prevailing rate, including both pre- and post-judgment interest where appropriate;

C.      Compensatory damages;

D.      Liquidated and/or punitive damages;

E.      Damages to compensate Underwood for mental anguish and emotional distress;

F.      Reasonable attorneys' fees, expert witness fees, and other costs of this action; and

G.      All other just and proper relief to which Plaintiff is entitled.


Respectfully submitted this 14th day of December, 2018


By    /s/ Michael L. Schultz
       Michael L. Schultz (20361-49)
       James A. L. Buddenbaum (14511-49)
       PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
       251 N. Illinois Street, Suite 1800
       Indianapolis, IN  46204
       Telephone:    (317) 269-2500
       Facsimile:    (317) 269-2514
       E-mail:       mschultz@parrlaw.com
                     jbuddenbaum@parrlaw.com

       *Attorneys for Plaintiff, Calvin Underwood*


## DEMAND FOR JURY TRIAL

Plaintiff, Calvin Underwood, by his undersigned counsel, hereby requests a trial by jury pursuant to Rule 38 of the Indiana Rules of Trial Procedure.


                      /s/ Michael L. Schultz
                      Michael L. Schultz

1326079

6

# Summons

**49D14-1812-PL-049217**

Marion Superior Court, Civil Division 14

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| CALVIN UNDERWOOD, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| ALDI (INDIANA) L.P., | ) |
| | ) |
|       **Defendant.** | ) |

## SUMMONS

TO DEFENDANT:    Aldi (Indiana) L.P.
                    c/o CT Corporation System, Registered Agent
                    150 West Market Street, Suite 800
                    Indianapolis, IN 46204

      You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

      An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

      If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated **12/14/2018** _____

_Myla A. Eldridge_
Clerk, Marion Circuit & Superior Courts

**Attorney for Plaintiff(s):**

Michael L. Schultz (20361-49)
James A. L. Buddenbaum (14511-49)
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN  46204
Telephone:    (317) 269-2500
Facsimile:     (317) 269-2514

**Clerk Information:**

W122 City-County Bldg.
200 E. Washington Street
Indianapolis, IN 46204



The following manner of service of Summons is hereby designated:

   X    Registered or Certified Mail
_____ Service on individual at above address: County _____
_____ Service on agent: (specify) _____
_____ Service by Publication

### CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2018 I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Aldi (Indiana) L.P., by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated _____

_____
Clerk, Marion County Circuit & Superior Courts

### RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____ 2018.

I hereby certify that the attached return receipt was received by me on the _____ day of _____ 2018, showing that the summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____ 2018.

_____
Clerk, Marion County Circuit & Superior Courts

### SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____

_____
Signature of Defendant

### RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ 2018.
(2) By leaving a copy of the Summons and a copy of the Complaint:
    a) at the dwelling place or usual place of abode of the Defendant
    b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

_____
Sheriff of _____ County, Indiana
By: _____

1326769

2

# Certificate of Issuance
# of Summons

Filed 12/18/2018 3:46 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT 14 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D14-1812-PL-049217 |

| | |
|---|---|
| CALVIN UNDERWOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALDI (INDIANA) L.P., | ) |
| | ) |
| **Defendant.** | ) |

## <u>CERTIFICATE OF ISSUANCE OF SUMMONS</u>

I certify that I have served a true and correct copy of the Complaint and Demand for Jury

Trial and Summons to Defendant, Aldi (Indiana) L.P., c/o CT Corporation System, Registered

Agent, 150 W. Market Street, Suite 800, Indianapolis, IN 46204, via certified mail

(9314769904300053999983), return receipt requested on December 17, 2018.


/s/ Michael L. Schultz
Michael L. Schultz (20361-49)
James A. L. Buddenbaum (14511-49)
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204
Telephone:    (317) 269-2500
Facsimile:    (317) 269-2514
E-mail:        mschultz@parrlaw.com
                jbuddenbaum@parrlaw.com

1327709

# Affidavit of Returned Service

Filed: 1/7/2019 1:44 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT 14 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D14-1812-PL-049217 |

| | |
|---|---|
| CALVIN UNDERWOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALDI (INDIANA) L.P., | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE OF PROCESS

I, Michael L. Schultz, having personal knowledge of all statements made herein, and being first duly sworn upon my oath, state that the Complaint and Demand for Jury Trial and Summons to Defendant, Aldi (Indiana) L.P. pending under the caption and cause number set out above was served on Defendant Aldi (Indiana) L.P. by delivering same via Certified United States Mail, postage prepaid and return receipt requested, on the Defendant, and that the same was signed illegible on December 20, 2018 and the return receipt sent to my office where it was received on December 28, 2018. A true, accurate, and complete copy of the Return Receipt, Transaction History together with the Certified Mail receipt and a copy of the Summons is attached hereto and made a part hereof as **Exhibit A**.

FURTHER AFFIANT SAITH NOT.

Michael L. Schultz

STATE OF INDIANA          )
                          ) SS:
COUNTY OF MARION          )

Before me, the undersigned, a Notary Public in and for said County and State, personally appeared Michael L. Schultz and acknowledged the execution of this instrument this 7th day of January, 2019.

_____                    _____
County of Residence                          _Ellen Merie Wilkerson_  , Notary Public
_1-31-24_
Commission Expiration

> ELLEN MARIE WILKERSON
> Notary Public - Seal
> Johnson County - State of Indiana
> Commission Number 679169
> My Commission Expires Jan 31, 2024

PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN  46204
Telephone:      (317) 269-2500
Facsimile:      (317) 269-2514
E-mail:         mschultz@parrlaw.com
                jbuddenbaum@parrlaw.com

1332179

United States Postal Service

Filed 1/9/2019 1:44 PM
Clerk
Marion County, Indiana

Domestic Mail Only

USPS® ARTICLE NUMBER

9314 7699 0430 0053 9999 83

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.45 |
| Return Receipt (Hardcopy) | $ | 2.75 |
| Return Receipt (Electronic) | $ | 0.00 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.47 |
| Total Postage and Fees | $ | 6.67 |

Postmark
Here

12/17/18

Sent To:
Aldi (Indiana) L.P.
C/o CT Corporation System, Registered Agent
150 West Market Street, Suite 800
Indianapolis, IN 46204

Reference Information
Underwood LP36829 MLS

---

Return Receipt (Form 3811) Barcode



9590 9699 0430 0053 9999 85

1. Article Addressed to:

Aldi (Indiana) L.P.
C/o CT Corporation System, Registered Agent
150 West Market Street, Suite 800
Indianapolis, IN 46204

REC'D DEC 2 8 2018

2. Certified Mail (Form 3800) Article Number

9314 7699 0430 0053 9999 83

PS Form 3811 Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

DEC 2 0 2018

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
Underwood LP36829 MLS

Domestic Return Receipt

---

USPS TRACKING #



9590 9699 0430 0053 9999 85

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service®

• Sender: Please print your name, address and ZIP+4® below •

PARR RICHEY FRANDSEN PATTERSON KRUSE
251 N ILLINOIS ST STE 1800
INDIANAPOLIS IN 46204



EXHIBIT

A

## Transaction Details

**Recipient:**
Aldi (Indiana) L.P.
C/o CT Corporation System, Registered Agent
150 West Market Street, Suite 800
Indianapolis, IN 46204

**Sender:**
Michael L. Schultz
Parr Richey Frandsen Patterson Kruse LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204

Certified Mail Article Number:   9314769904300053999983
Return Receipt Article Number:   9590969904300053999985

Service Options:    Return Receipt
Mail Service:        Certified
Reference #:         Underwood LP36829 MLS
Postage:             $0.47
Fees:                $6.20
Status:              Delivered

Transaction created by:  ewilkerson@parrlaw.com
User ID: 19382
Firm Mailing Book ID:  None
Batch ID:

## Transaction History

| Event Description | Event Date | Details |
|---|---|---|
| USPS® Return Receipt | 12-17-2018 08:10 AM | [USPS] - RETURN RECEIPT ASSOCIATED at TEMECULA,CA |
| USPS® Certified Mail | 12-17-2018 11:11 AM | [USPS] - PRESHIPMENT INFO SENT USPS AWAITS ITEM at TEMECULA,CA |
| USPS® Certified Mail | 12-18-2018 06:50 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS,IN |
| USPS® Certified Mail | 12-19-2018 01:18 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS,IN |
| USPS® Certified Mail | 12-20-2018 03:18 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS,IN |
| USPS® Certified Mail | 12-20-2018 08:04 AM | [USPS] - ARRIVAL AT UNIT at INDIANAPOLIS,IN |
| USPS® Certified Mail | 12-20-2018 08:58 AM | [USPS] - ARRIVAL AT UNIT at INDIANAPOLIS,IN |
| USPS® Certified Mail | 12-20-2018 09:26 AM | [USPS] - SORTING/PROCESSING COMPLETE at INDIANAPOLIS,IN |
| USPS® Certified Mail | 12-20-2018 09:36 AM | [USPS] - OUT FOR DELIVERY at INDIANAPOLIS,IN |
| USPS® Certified Mail | 12-20-2018 10:25 AM | [USPS] - CERTIFIED MAIL DELIVERED INDIVIDUAL PICKED UP AT USPS at INDIANAPOLIS,IN |
| USPS® Return Receipt | 12-21-2018 10:10 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS,IN |
| USPS® Return Receipt | 12-25-2018 10:13 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS,IN |
| Returned Green Card | 12-28-2018 11:46 AM | Created from USPS event |
| USPS® Return Receipt | 12-28-2018 11:46 AM | [USPS] - RETURN RECEIPT DELIVERED INAT MAILBOX at INDIANAPOLIS,IN 9590969904300053999985 |

49D14-1812-PL-049217                                        Filed: 12/14/2018 10:55 AM
Marion Superior Court, Civil Division 14                                              Clerk
                                                                        Marion County, Indiana

STATE OF INDIANA          )                IN THE MARION CIRCUIT/SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )                CAUSE NO. _____


CALVIN UNDERWOOD,                     )
                                      )
            Plaintiff,                )
                                      )
      v.                              )
                                      )
ALDI (INDIANA) L.P.,                  )
                                      )
            Defendant.                )


## SUMMONS

TO DEFENDANT:     Aldi (Indiana) L.P.
                  c/o CT Corporation System, Registered Agent
                  150 West Market Street, Suite 800
                  Indianapolis, IN 46204


       You are hereby notified that you have been sued by the person named as Plaintiff and in the Court
indicated above.
       The nature of the suit against you is stated in the Complaint which is attached to this Summons.
It also states the relief sought or the demand made against you by the Plaintiff.
       An answer or other appropriate response in writing to the Complaint must be filed either by you or
your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-
three (23) days if this Summons was received by mail), or a judgment by default may be rendered against
you for the relief demanded by Plaintiff.
       If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence,
you must assert it in your written answer.

Dated 12/14/2018 _____                _____
                                            Clerk, Marion Circuit & Superior Courts


**Attorney for Plaintiff(s):**                 **Clerk Information:**           

Michael L. Schultz (20361-49)                  W122 City-County Bldg.
James A. L. Buddenbaum (14511-49)              200 E. Washington Street
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP       Indianapolis, IN 46204
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204
Telephone:    (317) 269-2500
Facsimile:    (317) 269-2514

The following manner of service of Summons is hereby designated:

    __X__    **Registered or Certified Mail**
    _____    **Service on individual at above address: County** _____
    _____    **Service on agent: (specify)** _____
    _____    **Service by Publication**

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2018 I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Aldi (Indiana) L.P., by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated _____

                                                            Clerk, Marion County Circuit & Superior Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____ 2018.

I hereby certify that the attached return receipt was received by me on the _____ day of _____ 2018, showing that the summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____ 2018.

                                                            Clerk, Marion County Circuit & Superior Courts

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____

                                                          Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ 2018.

(2) By leaving a copy of the Summons and a copy of the Complaint:
      a) at the dwelling place or usual place of abode of the Defendant
      b) with a person of suitable age and discretion residing therein, namely
            _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

                                                Sheriff of _____ County, Indiana
                                                By: _____

1326769

2